UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

    v.                                                        Case No. 06-fp-291

The State of New Hampshire, et al.


### O R D E R

Petitioner's Motion to Proceed In Forma Pauperis (document no. 2) is granted.

This file has been assigned civil number 06-cv-291-PB.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: August 9, 2006

cc:    Harvey Pratt, *pro se*