UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Harvey Pratt</u>

      v.              06-cv-291-PB

<u>State of New Hampshire</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 18, 2006.

SO ORDERED.

October 10, 2006                <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

cc:    Harvey Pratt, Pro Se